IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD McGUANE | ) |
| | ) Civil Action No. 06-0275 |
| Plaintiff, | ) |
| | ) CHIEF JUDGE AMBROSE |
| v. | ) |
| | ) ORDER |
| WESTERN ALLEGHENY COUNTY | ) |
| MUNICIPAL AUTHORITY | ) Electronically Filed |
| | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: 6/7/2006   _Donetta F. Ambrose_
                 Donetta W. Ambrose, Chief Judge